FILED

2007 APR 18  A 10: 31

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES  DISTRICT COURT

Northern District of California

UNITED STATES OF AMERICA

Plaintiff(s),

v.

VICTOR MANUEL CEJA-OCHOA

Defendant(s).

_____/

CASE NO.  CR 07 00164 JF

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

DAVID J. THOMAS                            , an active member in good standing of the bar of

U.S. District Court, Central District of CA            whose business address and telephone number

(particular court to which applicant is admitted)

is

HANNA, BROPHY, MacLEAN, McALEER & JENSEN, LLP
1770 Iowa Ave., Suite 240
Riverside, CA 92507; (951) 779-9415 x218; dthomas@hannabrophy.com                    ,

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing  VICTOR MANUEL CEJA-OCHOA                    .

        IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:  4-18-07

_____
United States District      Judge

UNITED STATES DISTRICT COURT
For the Northern District of California